IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$8,590.00 IN UNITED STATES CURRENCY,

        Defendant.

Case No. 2:10-cv-281
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## ORDER

This matter comes before the Court on the parties' Joint Motion to Lift Stay in Order to Abandon Claim (Doc. # 15). For the reasons set forth therein, the motion is **GRANTED**. Accordingly, the stay in this case is hereby **LIFTED**. Because the sole claimant to the currency involved in this action has withdrawn his claim, this action no longer represents a live controversy. The Clerk is therefore directed to **TERMINATE** this case and to remove it from the active docket of this Court.

**IT IS SO ORDERED.**

11-8-2010
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE